994 So.2d 1143 (2008)
INVEGO AUTO PARTS, INC., IB Used Auto Parts, Inc., Tenant # 1 and Tenant # 2, Appellants,
v.
Felix Israel RODRIGUEZ, Appellee.
No. 3D07-2078.
District Court of Appeal of Florida, Third District.
February 13, 2008.
Marlon E. Bryan, for appellants.
Seidman, Prewitt, DiBello & Lopez and Darin A. DiBello, Coral Gables, and Carlos B. Castillo, for appellee.
Before GERSTEN, C.J., and CORTIÑAS, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
We find that the trial court did not abuse its discretion in requiring payments of rent into the registry under section 83.232(1), Florida Statutes (2007). See Muvico Entm't, LLC v. Pointe Orlando Dev. Co., 755 So.2d 194 (Fla. 5th DCA 2000); Premici v. United Growth Properties, L.P., 648 So.2d 1241 (Fla. 5th DCA 1995).
Affirmed.
GERSTEN, C.J. and CORTIÑAS, J., concur.
*1144 SCHWARTZ, Senior Judge (dissenting).
I would reverse the order under review. See Atl. Beach Improvement Corp. v. Hall, 143 Fla. 778, 197 So. 464 (1940); Minalla v. Equinamics Corp., 954 So.2d 645 (Fla. 3d DCA 2007); Grimm v. Huckabee, 891 So.2d 608 (Fla. 1st DCA 2005); Pensacola Wine & Spirits Distillers, Inc. v. Gator Distribs., Inc., 448 So.2d 34 (Fla. 1st DCA 1984).